# UNITED STATES DISTRICT COURT
## Northern District of Florida

United States of America

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:05cr28-002/MMP

　　　　　　　　　　　　　　　　　　　　　　USM No.: _____

Hassan Ibn Muhammad

_____/

Date of Original Judgment: _____June 27, 2007_____

Date of Previous Amended Judgment: _____　　　　　_____

*(Use Date of Last Amended Judgment if Any)*　　　　　　　　　Defendant's Attorney

## Order on Motion for Sentence Reduction

☐ The Defendant　　☐ Director of the Bureau of Prisons　　☑ the court　has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u). Having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the court orders that the motion is:

☑ DENIED.　☐ GRANTED and the defendant's previously imposed sentence of imprisonment.
　　　　　　　　*(as reflected in the last judgment issued)* of _____ months is **reduced** to _____.

*(Complete Part I, II or III of Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date: *November 9, 2011*　　　　　　　　　/s/ M. Casey Rodgers
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Judge

　　　　　　　　　　　　　　　　　　　　　　　　M. Casey Rodgers
Effective Date: _____　　　　　　　　Chief United States District Judge
*(if different from order date)*　　　　　　　　　*Printed Name and Title of Judge*

Rec'd 11 09 11 USDcFln 3PM 0439